THE STATE OF OHIO, APPELLEE, v. WOODS, APPELLANT.

[Cite as *State v. Woods,* 102 Ohio St.3d 89, 2004-Ohio-1997.]

(No. 2003–1151—Submitted April 14, 2004—Decided May 5, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Pratts v. Hurley,* 102 Ohio St.3d 81, 2004-Ohio-1980, 806 N.E.2d 992.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, Richard Bombik and Lisa Reitz Williamson, Assistant Prosecuting Attorneys, for appellee.

John R. Woods, pro se.